# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00787-VCF |
| Plaintiff, | |
| v. | **Order** |
| TYLER SAMPSON, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 8th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

2