# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00787-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| TYLER SAMPSON, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 16, 2021 at the hour of 4:00 p.m., be vacated and continued to January 18, 2022 at the hour of 4:00 p.m.

DATED this 3rd day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE