X  FILED                    RECEIVED
                            SERVED ON
                   COUNSEL/PARTIES OF RECORD

1/11/2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                        DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,

     v.

TYLER SAMPSON,

            Defendant.

Case No. 2:21-mj-00787-VCF

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 18, 2022 at the hour of 4:00 p.m., be vacated and continued to March 21, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 11th day of January, 2022.

_____

UNITED STATES MAGISTRATE JUDGE