# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TYLER SAMPSON,<br><br>             Defendant. | 2:22-CR-054-APG-VCF<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture and an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Tyler Sampson to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Tyler Sampson pled guilty. Criminal Information, ECF No. 27; Plea Agreement, ECF No. 29; Preliminary Order of Forfeiture, ECF No. 30; Arraignment & Plea, ECF No. 31; Amended Preliminary Order of Forfeiture, ECF No. 43.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 28, 2022, through May 27, 2022, notifying all potential third

parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 41-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 34.

On May 2, 2022, the United States Attorney's Office attempted to serve Jeremy Marquette Thomas on N. Hamilton Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The mail was returned as forward time expired. Notice of Filing Service of Process – Mailing, ECF No. 34-1, p. 3-17.

On May 2, 2022, the United States Attorney's Office served and attempted to serve Jeremy Marquette Thomas on N Golden Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed. Notice of Filing Service of Process – Mailing, ECF No. 34-1, p. 3-13, 18-20.

On May 2, 2022, the United States Attorney's Office served Kenyana Thompson with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 34-1, p. 3, 7-13, 21-22.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §

/ / /

924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Glock, 22, .40 caliber, bearing serial number BTSD175;
2. any and all compatible ammunition; and
3. an Apple iPhone 11 bearing IMEI: 356805113888517

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____June 29_____, 2022.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE